# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO A. VILLARREAL,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 8:21-cv-01736-KS<br><br>~~[PROPOSED]~~ ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $1,600.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: May 4, 2022

_____
HON. KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE